**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

                 Case No.  03-CR-81123

v.                Case No.  05-CV-71617

MARCO HIGH,

    Defendant.

                /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On September 1, 2005, the court entered an order denying Marco High's "Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255."  Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed.

Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

        S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 1, 2005, by electronic and/or ordinary mail.

        S/Lisa G. Teets
       Case Manager and Deputy Clerk
       (313) 234-5522

S:\Cleland\DEM\2255s\03.80073.HIGH.OrderClosingCase.wpd